AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC <br><br> *Plaintiff(s)* <br> v. <br> ANDY BUI, an individual; and <br> DOES 1-2, 7, 19 and 35 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-cv-1926RAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andy Bui
9118 NE 13th St.
Vancouver, WA 98664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David A. Lowe
Lowe Graham Jones
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy*

Date: 12/23/2015

Case 2:14-cv-01926-RAJ Document 45 Filed 12/23/15 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-1926RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                        .

☐ I personally served the summons on the individual at *(place)*
                                                              on *(date)*                    ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*
LESLIE BUI                                  , a person of suitable age and discretion who resides there,
on *(date)* 12/29/15          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                              on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                    ; or

☐ Other *(specify):*


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 12/31/15

                                                                *Server's signature*

                                        CLINT RADER    PROCESS SERVER # 5232577
                                                                *Printed name and title*

                                        3909 NE 65th Street
                                        Vancouver WA 98661
                                                                *Server's address*

Additional information regarding attempted service, etc: