Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, <br><br>          Plaintiff, <br><br>  v. <br><br>ANDY BUI, an individual; and DOES 1-2, 7, 19 and 35, <br><br>          Defendants. | Civil Action No. 14-cv-1926RAJ <br><br>ENTRY OF DEFAULT AGAINST ANDY BUI |

    It appearing that Defendant Eric Nydam has failed to answer, plead or otherwise defend, his default is hereby entered.

DATED this ___ day of _____ 2016.

                                                                               _____
                                                                               Clerk of the Court

ENTRY OF DEFAULT
Civil Action No. 14-cv-1926RAJ
INIP-6-0011P34 ENTRYDefault - Doe 5

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301