Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOES 1-35,<br><br>　　　　　Defendants. | Civil Action No. 14-CV-1926RAJ<br><br>ENTRY OF DEFAULT<br>AGAINST ANDY BUI |

It appearing that Defendant Andy Bui has failed to answer, plead or otherwise defend, his default is hereby entered.

DATED this 4th day of March, 2016.

　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　By:  */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　Deputy Clerk

ENTRY OF DEFAULT
Civil Action No. 14-CV-1926RAJ

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301